# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Santa Digna Cruz,

Plaintiff(s),

v.

Majestic Star Casino and Hotel, LLC,

Defendant(s).

Case No. 20 CV 5301
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Majestic Star Casino and Hotel, LLC
and against plaintiff(s) Santa Digna Cruz

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.

Date: 3/26/2024

Thomas G. Bruton, Clerk of Court

<u>G. Lewis</u>, Deputy Clerk